UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVSION

In re:    Timothy Dale Conner                          § Case No. 0:17-bk-12107
          Zade Turner Conner                           §
          Timothy D Conner                             §
Debtor(s) Zade T Conner                                §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/22/2017. The undersigned trustee was appointed on 02/22/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $       113,115.54

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 22,556.20 |
   | Bank service fees | 1,475.35 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 89,083.99 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 06/23/2017 and the deadline for filing governmental claims was 08/21/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,905.78. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $8,905.78, for a total compensation of $8,905.78.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $51.78, for total expenses of $51.78.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  11/20/2018            By:  /s/ Chad S. Paiva
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit A

Page: 1

**Case Number:** 17-12107 RBR  
**Case Name:** Timothy Dale Conner  
Zade Turner Conner  
**Period Ending:** 11/20/18

**Trustee:** Chad S. Paiva  
**Filed (f) or Converted (c):** 02/22/17 (f)  
**§341(a) Meeting Date:** 03/21/17  
**Claims Bar Date:** 06/23/17

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 1316 Cordova Rd FTL - Exempt<br>exempt | 704,690.00 | 0.00 | | 0.00 | FA |
| 2 | Condiminium 1424 Golf Terrace Blvd #2 Florence SC<br>Per Order to Compromise Controversies dated 8-7-17 DE#43 | 70,830.11 | 2,500.00 | | 2,500.00 | FA |
| 3 | Manufactured Home and Land 416 Garrett Cir Florence SC<br>Per Order Compromise of Mortgage Receivable dated 10-5-17 (DE#51) | 26,403.62 | 16,997.78 | | 16,997.78 | FA |
| 4 | 2013 Mercedes S550<br>Vehicle voluntarily turned in to lender<br>Liens are greater than value of asset | 34,250.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods & Furnishings - Exempt<br>partially exempt, per Order DE#43 | 3,650.00 | 3,000.00 | | 3,000.00 | FA |
| 6 | Electronics - Exempt<br>partially exempt, per Order DE#43 | 525.00 | 1,300.00 | | 1,300.00 | FA |
| 7 | Clothing<br>per Order DE#43 | 200.00 | 200.00 | | 200.00 | FA |
| 8 | Furs and jewelry<br>Per Order DE#43 | 500.00 | 500.00 | | 500.00 | FA |
| 9 | Cash on hand<br>Trustee not administering as part of settlement | 150.00 | 0.00 | | 0.00 | FA |
| 10 | BB&T Checking acct 3889 BB&T<br>Per Order DE#74 | 2,159.44 | 1,104.44 | | 1,104.44 | FA |
| 11 | BB&T debit card<br>Trustee not administering asset as part of settlement | 124.00 | 0.00 | | 0.00 | FA |
| 12 | Atlantic Coast Group, LLC. stock<br>no value business closed | Unknown | 0.00 | | 0.00 | FA |
| 13 | Reporio Fitness Management d/b/a Plantation Boot Camp<br>Per Order DE#43 | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 14 | Reporio Murrells Inlet, LLC (u)<br>Per Order DE#43 | 0.00 | 65,000.00 | | 65,000.00 | FA |
| 15 | IRA ending 5974 Equity Trust Company - Exempt<br>exempt | 99,352.58 | 0.00 | | 0.00 | FA |
| 16 | IRA ending 5975 Equity Trust Company - Exempt<br>exempt | 128,238.45 | 0.00 | | 0.00 | FA |

**FORM 1**      Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

**Case Number:** 17-12107 RBR
**Case Name:** Timothy Dale Conner
Zade Turner Conner
**Period Ending:** 11/20/18

**Trustee:** Chad S. Paiva
**Filed (f) or Converted (c):** 02/22/17 (f)
**§341(a) Meeting Date:** 03/21/17
**Claims Bar Date:** 06/23/17

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Lincoln Benefit Life Ins number ending 9300<br>no value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Minnesota Life Ins Co - accidental death<br>no value to estate | Unknown | 0.00 | | 0.00 | FA |
| 19 | Minnesota Life Ins Co - accidental death<br>no value to estate | Unknown | 0.00 | | 0.00 | FA |
| 20 | Wages garnished by Bank of North Carolina (BB&T acct) - Exempt<br>exempt | 1,600.00 | 0.00 | | 0.00 | FA |
| 21 | Dock Rentals (2 Slips) at Homestead Property<br>One dock empty; one dock rented per Order DE#43 | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 22 | 2010 19.8' fiberglass skiff<br>per Order DE#43 | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 23 | Rent - Manufactured home, 416 Garrett Circle, Florence, SC<br>Asset #3 sold DE#51 | 0.00 | 3,013.32 | | 3,013.32 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$1,072,673.20** | **$113,115.54** | | **$113,115.54** | **$0.00** |

**Major activities affecting case closing:**
CBD: 6/23/17

TAX RETURN STATUS: Tax returns prepared and mailed to the IRS.

**Initial Projected Date of Final Report (TFR):** December 31, 2018      **Current Projected Date of Final Report (TFR):** December 31, 2018

**Form 2** — Exhibit B
**Cash Receipts and Disbursements Record**

Page: 1

| Case Number: | 17-12107 RBR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Timothy Dale Conner | | Bank Name: | Signature Bank |
| | Zade Turner Conner | | Account: | ******4804 - Checking |
| Taxpayer ID#: | **-***0458 | | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 11/20/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/13/17 | Asset #23 | Tina Langston | April 2017 rent | 1122-000 | 502.22 | | 502.22 |
| 04/18/17 | Asset #23 | Timothy Conner | February 2017 rent on SC property | 1122-000 | 502.22 | | 1,004.44 |
| 04/18/17 | Asset #21 | Tamarac Storage, LLC | March 2017 rent for boat dock | 1122-000 | 500.00 | | 1,504.44 |
| 04/25/17 | Asset #21 | Timothy Conner | April 2017 Boat Dock Rental | 1122-000 | 500.00 | | 2,004.44 |
| 04/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,994.44 |
| 05/09/17 | Asset #23 | Tina Langston | May 2017 rent | 1122-000 | 502.22 | | 2,496.66 |
| 05/16/17 | Asset #21 | Tamarac Storage, LLC | Boat Dock rental May 2017 | 1122-000 | 500.00 | | 2,996.66 |
| 05/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,986.66 |
| 06/01/17 | Asset #23 | Tina Langston | June 2017 rent | 1122-000 | 502.22 | | 3,488.88 |
| 06/21/17 | Asset #21 | Tamarac Storage, LLC | dock rental June 2017 | 1122-000 | 500.00 | | 3,988.88 |
| 06/28/17 | Asset #23 | Tina Langston | July 2017 rent | 1122-000 | 502.22 | | 4,491.10 |
| 06/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,481.10 |
| 07/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,471.10 |
| 08/07/17 | | Conner | Per Order on Stipulation dated 8-7-17 DE#43 | | 10,000.00 | | 14,471.10 |
| 08/07/17 | Asset #5 | | Per Order DE#43; Payment to A/R Account #1, Payment #0, due 08/10/2017 | 1,200.00 1129-000 | | | 14,471.10 |
| 08/07/17 | Asset #6 | | Payment to A/R Account #1, Payment #0, due 08/10/2017 | 520.00 1129-000 | | | 14,471.10 |
| 08/07/17 | Asset #7 | | Payment to A/R Account #1, Payment #0, due 08/10/2017 | 80.00 1129-000 | | | 14,471.10 |
| 08/07/17 | Asset #8 | | Payment to A/R Account #1, Payment #0, due 08/10/2017 | 200.00 1129-000 | | | 14,471.10 |
| 08/07/17 | Asset #13 | | Payment to A/R Account #1, Payment #0, due 08/10/2017 | 8,000.00 1129-000 | | | 14,471.10 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit B
Page: 2

| Case Number: | 17-12107 RBR | Trustee: | Chad S. Paiva |
| --- | --- | --- | --- |
| Case Name: | Timothy Dale Conner | Bank Name: | Signature Bank |
|  | Zade Turner Conner | Account: | ******4804 - Checking |
| Taxpayer ID#: | **-***0458 | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 11/20/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/17 |  | Conner | Per Order DE#43 |  | 5,000.00 |  | 19,471.10 |
| 08/08/17 | Asset #14 |  | Per Order DE#43; Payment to A/R Account #2, Payment #1, due 07/14/2017  4,539.42 | 1221-000 |  |  | 19,471.10 |
| 08/08/17 | Asset #14 |  | Payment to A/R Account #2, Payment #2, due 08/14/2017  460.58 | 1221-000 |  |  | 19,471.10 |
| 08/17/17 | Asset #14 | Reporio Industries LLC | Per Order DE#43 | 1221-000 | 5,000.00 |  | 24,471.10 |
| 08/31/17 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 34.68 | 24,436.42 |
| 09/05/17 | Asset #23 | Tina Langston | August 2017 Rent | 1122-000 | 502.22 |  | 24,938.64 |
| 09/12/17 |  | Conner | Per Order on Stipulation dated 8-7-17 DE#43 |  | 2,500.00 |  | 27,438.64 |
| 09/12/17 | Asset #2 |  | 409.09 | 1110-000 |  |  | 27,438.64 |
| 09/12/17 | Asset #22 |  | 409.10 | 1129-000 |  |  | 27,438.64 |
| 09/12/17 | Asset #6 |  | Payment to A/R Account #1, Payment #1, due 09/01/2017  70.91 | 1129-000 |  |  | 27,438.64 |
| 09/12/17 | Asset #7 |  | Payment to A/R Account #1, Payment #1, due 09/01/2017  10.91 | 1129-000 |  |  | 27,438.64 |
| 09/12/17 | Asset #5 |  | Per Order DE#43; Payment to A/R Account #1, Payment #1, due 09/01/2017  163.64 | 1129-000 |  |  | 27,438.64 |
| 09/12/17 | Asset #8 |  | Payment to A/R Account #1, Payment #1, due 09/01/2017  27.27 | 1129-000 |  |  | 27,438.64 |
| 09/12/17 | Asset #13 |  | Payment to A/R Account #1, Payment #1, due 09/01/2017  1,227.27 | 1129-000 |  |  | 27,438.64 |
| 09/12/17 | Asset #8 |  | Payment to A/R Account #1, Payment #2, due 10/01/2017  18.18 | 1129-000 |  |  | 27,438.64 |
| 09/12/17 | Asset #5 |  | Payment to A/R Account #1, Payment #2, due 10/01/2017  109.09 | 1129-000 |  |  | 27,438.64 |
| 09/12/17 | Asset #7 |  | Payment to A/R Account #1, Payment #2, due 10/01/2017  7.27 | 1129-000 |  |  | 27,438.64 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 3

| | | | |
|---|---|---|---|
| **Case Number:** | 17-12107 RBR | **Trustee:** | Chad S. Paiva |
| **Case Name:** | Timothy Dale Conner | **Bank Name:** | Signature Bank |
| | Zade Turner Conner | **Account:** | ******4804 - Checking |
| **Taxpayer ID#:** | **-***0458 | **Blanket Bond:** | $129,177.00 (per case limit) |
| **Period Ending:** | 11/20/18 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/12/17 | Asset #6 | | Payment to A/R Account #1, Payment #2, due 10/01/2017 | 47.27 | 1129-000 | | | 27,438.64 |
| 09/18/17 | Asset #14 | Conner | Per Order DE#43; Payment to A/R Account #2, Payment #2, due 08/14/2017 | | 1221-000 | 5,000.00 | | 32,438.64 |
| 09/29/17 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 50.44 | 32,388.20 |
| 10/05/17 | | Conner | Per Order on Stipulation dated 8-7-17 DE#43 | | | 2,500.00 | | 34,888.20 |
| 10/05/17 | Asset #2 | | | 477.27 | 1110-000 | | | 34,888.20 |
| 10/05/17 | Asset #22 | | | 477.24 | 1129-000 | | | 34,888.20 |
| 10/05/17 | Asset #6 | | Payment to A/R Account #1, Payment #2, due 10/01/2017 | 23.64 | 1129-000 | | | 34,888.20 |
| 10/05/17 | Asset #7 | | Payment to A/R Account #1, Payment #2, due 10/01/2017 | 3.64 | 1129-000 | | | 34,888.20 |
| 10/05/17 | Asset #8 | | Payment to A/R Account #1, Payment #2, due 10/01/2017 | 9.09 | 1129-000 | | | 34,888.20 |
| 10/05/17 | Asset #5 | | Per Order DE#43; Payment to A/R Account #1, Payment #2, due 10/01/2017 | 54.55 | 1129-000 | | | 34,888.20 |
| 10/05/17 | Asset #5 | | Payment to A/R Account #1, Payment #3, due 11/01/2017 | 163.64 | 1129-000 | | | 34,888.20 |
| 10/05/17 | Asset #8 | | Payment to A/R Account #1, Payment #3, due 11/01/2017 | 27.27 | 1129-000 | | | 34,888.20 |
| 10/05/17 | Asset #7 | | Payment to A/R Account #1, Payment #3, due 11/01/2017 | 10.91 | 1129-000 | | | 34,888.20 |
| 10/05/17 | Asset #6 | | Payment to A/R Account #1, Payment #3, due 11/01/2017 | 70.91 | 1129-000 | | | 34,888.20 |
| 10/05/17 | Asset #13 | | Payment to A/R Account #1, Payment #3, due 11/01/2017 | 1,090.92 | 1129-000 | | | 34,888.20 |
| 10/05/17 | Asset #6 | | Payment to A/R Account #1, Payment #4, due 12/01/2017 | 23.64 | 1129-000 | | | 34,888.20 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit B

Page: 4

| Case Number: | 17-12107 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Timothy Dale Conner | Bank Name: | Signature Bank |
|  | Zade Turner Conner | Account: | ******4804 - Checking |
| Taxpayer ID#: | **-***0458 | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 11/20/18 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/17 | Asset #7 |  | Payment to A/R Account #1, Payment #4, due 12/01/2017    3.64 | 1129-000 |  |  | 34,888.20 |
| 10/05/17 | Asset #8 |  | Payment to A/R Account #1, Payment #4, due 12/01/2017    9.09 | 1129-000 |  |  | 34,888.20 |
| 10/05/17 | Asset #5 |  | Payment to A/R Account #1, Payment #4, due 12/01/2017    54.55 | 1129-000 |  |  | 34,888.20 |
| 10/19/17 | Asset #14 | Conner | Per Order DE#43; Payment to A/R Account #2, Payment #1, due 07/14/2017 | 1221-000 | 5,000.00 |  | 39,888.20 |
| 10/26/17 | Asset #3 | Finklea Law Frim | wire transfer  - Per Order DE#51 | 1110-000 | 16,997.78 |  | 56,885.98 |
| 10/31/17 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 76.83 | 56,809.15 |
| 11/01/17 | Asset #14 | Conner | Per Order DE#43; Payment to A/R Account #2, Payment #1, due 07/14/2017 | 1221-000 | 2,500.00 |  | 59,309.15 |
| 11/16/17 | Asset #14 | Conner | ; Payment to A/R Account #2, Payment #1, due 07/14/2017 | 1221-000 | 2,500.00 |  | 61,809.15 |
| 11/16/17 |  | Conner | Per Order DE#43 |  |  | 2,500.00 | 64,309.15 |
| 11/16/17 | Asset #2 |  | 409.09 | 1110-000 |  |  | 64,309.15 |
| 11/16/17 | Asset #22 |  | 409.10 | 1129-000 |  |  | 64,309.15 |
| 11/16/17 | Asset #7 |  | ; Payment to A/R Account #1, Payment #4, due 12/01/2017    7.27 | 1129-000 |  |  | 64,309.15 |
| 11/16/17 | Asset #8 |  | ; Payment to A/R Account #1, Payment #4, due 12/01/2017    18.18 | 1129-000 |  |  | 64,309.15 |
| 11/16/17 | Asset #6 |  | ; Payment to A/R Account #1, Payment #4, due 12/01/2017    47.27 | 1129-000 |  |  | 64,309.15 |
| 11/16/17 | Asset #5 |  | Payment to A/R Account #1, Payment #4, due 12/01/2017    109.09 | 1129-000 |  |  | 64,309.15 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 5

| Case Number: | 17-12107 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Timothy Dale Conner | Bank Name: | Signature Bank |
| | Zade Turner Conner | Account: | ******4804 - Checking |
| Taxpayer ID#: | **-***0458 | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 11/20/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/16/17 | Asset #5 | | ; Payment to A/R Account #1, Payment #5, due 01/01/2018 | 163.64  1129-000 | | | 64,309.15 |
| 11/16/17 | Asset #6 | | ; Payment to A/R Account #1, Payment #5, due 01/01/2018 | 70.91   1129-000 | | | 64,309.15 |
| 11/16/17 | Asset #8 | | ; Payment to A/R Account #1, Payment #5, due 01/01/2018 | 27.27   1129-000 | | | 64,309.15 |
| 11/16/17 | Asset #13 | | ; Payment to A/R Account #1, Payment #5, due 01/01/2018 | 1,227.27  1129-000 | | | 64,309.15 |
| 11/16/17 | Asset #7 | | ; Payment to A/R Account #1, Payment #5, due 01/01/2018 | 10.91   1129-000 | | | 64,309.15 |
| 11/29/17 | 1001 | GREENSPOON MARDER, PA. | Interim Fees DE#62 | 3110-000 | | 22,523.40 | 41,785.75 |
| 11/29/17 | 1002 | GREENSPOON MARDER PA | Interim Expenses DE#62 | 3120-000 | | 32.80 | 41,752.95 |
| 11/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 113.53 | 41,639.42 |
| 12/19/17 | | Conner | Per Order DE#43 | | 2,500.00 | | 44,139.42 |
| 12/19/17 | Asset #2 | | | 409.09   1110-000 | | | 44,139.42 |
| 12/19/17 | Asset #22 | | | 409.10   1129-000 | | | 44,139.42 |
| 12/19/17 | Asset #6 | | ; Payment to A/R Account #1, Payment #6, due 02/01/2018 | 70.91   1129-000 | | | 44,139.42 |
| 12/19/17 | Asset #7 | | ; Payment to A/R Account #1, Payment #6, due 02/01/2018 | 10.91   1129-000 | | | 44,139.42 |
| 12/19/17 | Asset #5 | | Per Order DE#43; Payment to A/R Account #1, Payment #6, due 02/01/2018 | 163.64   1129-000 | | | 44,139.42 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 6

| Case Number: | 17-12107 RBR | Trustee: | Chad S. Paiva |
| --- | --- | --- | --- |
| Case Name: | Timothy Dale Conner | Bank Name: | Signature Bank |
| | Zade Turner Conner | Account: | ******4804 - Checking |
| Taxpayer ID#: | **-***0458 | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 11/20/18 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12/19/17 | Asset #8 | | ; Payment to A/R Account #1, Payment #6, due 02/01/2018 | 27.27 | 1129-000 | | | 44,139.42 |
| 12/19/17 | Asset #13 | | ; Payment to A/R Account #1, Payment #6, due 02/01/2018 | 1,227.27 | 1129-000 | | | 44,139.42 |
| 12/19/17 | Asset #8 | | ; Payment to A/R Account #1, Payment #7, due 03/01/2018 | 18.18 | 1129-000 | | | 44,139.42 |
| 12/19/17 | Asset #5 | | ; Payment to A/R Account #1, Payment #7, due 03/01/2018 | 109.09 | 1129-000 | | | 44,139.42 |
| 12/19/17 | Asset #7 | | ; Payment to A/R Account #1, Payment #7, due 03/01/2018 | 7.27 | 1129-000 | | | 44,139.42 |
| 12/19/17 | Asset #6 | | ; Payment to A/R Account #1, Payment #7, due 03/01/2018 | 47.27 | 1129-000 | | | 44,139.42 |
| 12/29/17 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 77.37 | 44,062.05 |
| 01/03/18 | Asset #14 | Conner | Per Order DE#43; Payment to A/R Account #2, Payment #1, due 07/14/2017 | | 1221-000 | 2,500.00 | | 46,562.05 |
| 01/18/18 | | Conner | Per Order DE#43 | | | 2,500.00 | | 49,062.05 |
| 01/18/18 | Asset #2 | | | 409.08 | 1110-000 | | | 49,062.05 |
| 01/18/18 | Asset #22 | | | 409.08 | 1129-000 | | | 49,062.05 |
| 01/18/18 | Asset #6 | | Payment to A/R Account #1, Payment #7, due 03/01/2018 | 23.64 | 1129-000 | | | 49,062.05 |
| 01/18/18 | Asset #7 | | Payment to A/R Account #1, Payment #7, due 03/01/2018 | 3.64 | 1129-000 | | | 49,062.05 |
| 01/18/18 | Asset #8 | | Payment to A/R Account #1, Payment #7, due 03/01/2018 | 9.09 | 1129-000 | | | 49,062.05 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 7

| Case Number: | 17-12107 RBR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Timothy Dale Conner | | Bank Name: | Signature Bank |
| | Zade Turner Conner | | Account: | ******4804 - Checking |
| Taxpayer ID#: | **-***0458 | | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 11/20/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/18 | Asset #5 | | Per Order DE; Payment to A/R Account #1, Payment #7, due 03/01/2018 | 54.55 | 1129-000 | | 49,062.05 |
| 01/18/18 | Asset #5 | | Payment to A/R Account #1, Payment #8, due 04/01/2018 | 163.64 | 1129-000 | | 49,062.05 |
| 01/18/18 | Asset #8 | | Payment to A/R Account #1, Payment #8, due 04/01/2018 | 27.27 | 1129-000 | | 49,062.05 |
| 01/18/18 | Asset #7 | | Payment to A/R Account #1, Payment #8, due 04/01/2018 | 10.91 | 1129-000 | | 49,062.05 |
| 01/18/18 | Asset #6 | | Payment to A/R Account #1, Payment #8, due 04/01/2018 | 70.91 | 1129-000 | | 49,062.05 |
| 01/18/18 | Asset #13 | | Payment to A/R Account #1, Payment #8, due 04/01/2018 | 1,227.27 | 1129-000 | | 49,062.05 |
| 01/18/18 | Asset #6 | | Payment to A/R Account #1, Payment #9, due 05/01/2018 | 23.64 | 1129-000 | | 49,062.05 |
| 01/18/18 | Asset #7 | | Payment to A/R Account #1, Payment #9, due 05/01/2018 | 3.64 | 1129-000 | | 49,062.05 |
| 01/18/18 | Asset #8 | | Payment to A/R Account #1, Payment #9, due 05/01/2018 | 9.09 | 1129-000 | | 49,062.05 |
| 01/18/18 | Asset #5 | | Payment to A/R Account #1, Payment #9, due 05/01/2018 | 54.55 | 1129-000 | | 49,062.05 |
| 01/23/18 | | Conner | Per Order DE#43 | | | 460.58 | 49,522.63 |
| 01/23/18 | Asset #2 | | | 171.61 | 1110-000 | | 49,522.63 |
| 01/23/18 | Asset #22 | | | 171.61 | 1129-000 | | 49,522.63 |
| 01/23/18 | Asset #5 | | Per Order DE#43; Payment to A/R Account #1, Payment #9, due 05/01/2018 | 70.41 | 1129-000 | | 49,522.63 |
| 01/23/18 | Asset #6 | | Payment to A/R Account #1, Payment #9, due 05/01/2018 | 30.51 | 1129-000 | | 49,522.63 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 8

| Case Number: | 17-12107 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Timothy Dale Conner | Bank Name: | Signature Bank |
| | Zade Turner Conner | Account: | ******4804 - Checking |
| Taxpayer ID#: | **-***0458 | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 11/20/18 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/23/18 | Asset #7 | | Payment to A/R Account #1, Payment #9, due 05/01/2018 | 4.68 | 1129-000 | | | 49,522.63 |
| 01/23/18 | Asset #8 | | Payment to A/R Account #1, Payment #9, due 05/01/2018 | 11.76 | 1129-000 | | | 49,522.63 |
| 01/29/18 | | Conner | Per Order DE#74 | | | 2,104.44 | | 51,627.07 |
| 01/29/18 | Asset #10 | | | 254.01 | 1129-000 | | | 51,627.07 |
| 01/29/18 | Asset #2 | | | 214.77 | 1110-000 | | | 51,627.07 |
| 01/29/18 | Asset #22 | | | 214.77 | 1129-000 | | | 51,627.07 |
| 01/29/18 | Asset #6 | | Payment to A/R Account #1, Payment #9, due 05/01/2018 | 28.05 | 1129-000 | | | 51,627.07 |
| 01/29/18 | Asset #7 | | Payment to A/R Account #1, Payment #9, due 05/01/2018 | 4.32 | 1129-000 | | | 51,627.07 |
| 01/29/18 | Asset #8 | | Payment to A/R Account #1, Payment #9, due 05/01/2018 | 10.79 | 1129-000 | | | 51,627.07 |
| 01/29/18 | Asset #5 | | Per Order DE#74; Payment to A/R Account #1, Payment #9, due 05/01/2018 | 64.73 | 1129-000 | | | 51,627.07 |
| 01/29/18 | Asset #5 | | Payment to A/R Account #1, Payment #10, due 06/01/2018 | 187.80 | 1129-000 | | | 51,627.07 |
| 01/29/18 | Asset #8 | | Payment to A/R Account #1, Payment #10, due 06/01/2018 | 31.30 | 1129-000 | | | 51,627.07 |
| 01/29/18 | Asset #13 | | Payment to A/R Account #1, Payment #10, due 06/01/2018 | 1,000.00 | 1129-000 | | | 51,627.07 |
| 01/29/18 | Asset #7 | | Payment to A/R Account #1, Payment #10, due 06/01/2018 | 12.52 | 1129-000 | | | 51,627.07 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit B

Page: 9

| Case Number: | 17-12107 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Timothy Dale Conner | Bank Name: | Signature Bank |
| | Zade Turner Conner | Account: | ******4804 - Checking |
| Taxpayer ID#: | **-***0458 | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 11/20/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/29/18 | Asset #6 | | Payment to A/R Account #1, Payment #10, due 06/01/2018 | 81.38 | 1129-000 | | | 51,627.07 |
| 01/31/18 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 96.29 | 51,530.78 |
| 02/06/18 | | Conner | Per Order DE#43 | | | 1,039.42 | | 52,570.20 |
| 02/06/18 | Asset #10 | | | 850.43 | 1129-000 | | | 52,570.20 |
| 02/06/18 | Asset #5 | | Per Order DE#43; Payment to A/R Account #1, Payment #10, due 06/01/2018 | 113.39 | 1129-000 | | | 52,570.20 |
| 02/06/18 | Asset #6 | | ; Payment to A/R Account #1, Payment #10, due 06/01/2018 | 49.14 | 1129-000 | | | 52,570.20 |
| 02/06/18 | Asset #7 | | ; Payment to A/R Account #1, Payment #10, due 06/01/2018 | 7.56 | 1129-000 | | | 52,570.20 |
| 02/06/18 | Asset #8 | | ; Payment to A/R Account #1, Payment #10, due 06/01/2018 | 18.90 | 1129-000 | | | 52,570.20 |
| 02/19/18 | Asset #14 | Conner | Per Order DE#43; Payment to A/R Account #2, Payment #1, due 07/14/2017 | | 1221-000 | 2,500.00 | | 55,070.20 |
| 02/28/18 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 91.21 | 54,978.99 |
| 03/19/18 | | Conner | Per Order DE#76 | | | 2,500.00 | | 57,478.99 |
| 03/19/18 | Asset #14 | | Per Order DE#76; Payment to A/R Account #2, Payment #1, due 07/14/2017 | 460.58 | 1221-000 | | | 57,478.99 |
| 03/19/18 | Asset #14 | | Payment to A/R Account #2, Payment #2, due 08/14/2017 | 2,039.42 | 1221-000 | | | 57,478.99 |
| 03/30/18 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 103.37 | 57,375.62 |
| 04/23/18 | Asset #14 | Conner | Per Order DE#43; Payment to A/R Account #2, Payment #2, due 08/14/2017 | | 1221-000 | 5,000.00 | | 62,375.62 |

Exhibit B

## Form 2
## Cash Receipts and Disbursements Record

Page: 10

| Case Number: | 17-12107 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Timothy Dale Conner | Bank Name: | Signature Bank |
|  | Zade Turner Conner | Account: | ******4804 - Checking |
| Taxpayer ID#: | **-***0458 | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 11/20/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/30/18 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 111.80 | 62,263.82 |
| 05/17/18 | Asset #14 | Conner | Per Order DE#43; Payment to A/R Account #2, Payment #2, due 08/14/2017 | 1221-000 | 5,000.00 |  | 67,263.82 |
| 05/31/18 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 123.30 | 67,140.52 |
| 06/20/18 |  | Conner | Per Order DE#43 |  | 5,000.00 |  | 72,140.52 |
| 06/20/18 | Asset #14 |  | Per Order DE#43; Payment to A/R Account #2, Payment #2, due 08/14/2017   2,500.00 | 1221-000 |  |  | 72,140.52 |
| 06/20/18 | Asset #14 |  | Payment to A/R Account #2, Payment #3, due 09/14/2017   2,500.00 | 1221-000 |  |  | 72,140.52 |
| 06/29/18 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 122.80 | 72,017.72 |
| 07/31/18 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 142.06 | 71,875.66 |
| 08/02/18 | Asset #14 | Conner | Per Order on Stipulation dated 8-7-17 DE#43; Payment to A/R Account #2, Payment #3, due 09/14/2017 | 1221-000 | 5,000.00 |  | 76,875.66 |
| 08/20/18 | Asset #14 | Conner | Per Order on Stipulation dated 8-7-17 DE#43; Payment to A/R Account #2, Payment #3, due 09/14/2017 | 1221-000 | 5,000.00 |  | 81,875.66 |
| 08/31/18 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 149.68 | 81,725.98 |
| 09/26/18 | Asset #14 | Conner | Per Order DE#; Payment to A/R Account #2, Payment #3, due 09/14/2017 | 1221-000 | 7,500.00 |  | 89,225.98 |
| 09/28/18 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 141.99 | 89,083.99 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 113,115.54 | 24,031.55 | $89,083.99 |
| Less: Bank Transfers | 0.00 | 0.00 |  |
| **Subtotal** | 113,115.54 | 24,031.55 |  |
| Less: Payment to Debtors |  | 0.00 |  |
| **NET Receipts / Disbursements** | **$113,115.54** | **$24,031.55** |  |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit B

Page: 11

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4804** | 113,115.54 | 24,031.55 | 89,083.99 |
| | $113,115.54 | $24,031.55 | $89,083.99 |

# Exhibit C
# Claims Register

**Case: 17-12107-RBR   Timothy Dale Conner**

Claims Bar Date: 06/23/17

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Chad S. Paiva<br>525 Okeechobee Blvd.<br>Suite 900<br>West Palm Beach, FL 33401<br>2100-00   Trustee Compensation, 200 | Admin Ch. 7<br>04/13/17 | | $8,905.78<br>$8,905.78 | $0.00 | $8,905.78 |
| | Yip Associates<br>1001 Yamato Road, Suite 301<br>Boca Raton, FL 33431<br>3410-00   Accountant for Trustee Fees (Other Firm), 200 | Admin Ch. 7<br>10/04/18 | | $4,202.50<br>$4,202.50 | $0.00 | $4,202.50 |
| | Yip Associates<br>1001 Yamato Road, Suite 301<br>Boca Raton, FL 33431<br>3420-00   Accountant for Trustee Expenses (Other Firm), 200 | Admin Ch. 7<br>10/04/18 | | $195.32<br>$195.32 | $0.00 | $195.32 |
| | Greenspoon Marder LLP<br><br>3110-00   Attorney for Trustee Fees (Trustee Firm), 200 | Admin Ch. 7<br>10/05/18 | | $7,140.60<br>$7,140.60 | $0.00 | $7,140.60 |
| | Greenspoon Marder LLP<br><br>3120-00   Attorney for Trustee Expenses (Trustee Firm), 200 | Admin Ch. 7<br>10/05/18 | | $272.96<br>$272.96 | $0.00 | $272.96 |
| | Chad S. Paiva<br>525 Okeechobee Blvd.<br>Suite 900<br>West Palm Beach, FL 33401<br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>10/05/18 | | $51.78<br>$51.78 | $0.00 | $51.78 |
| 1 | Florence County Treasurer's Office<br>180 N Irby St MSC-Z<br>Florence, SC 29501-3041<br>4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI), 100 | Secured<br>03/28/17 | | $1,626.84<br>$0.00 | $0.00 | $0.00 |
| 2 | Florence County Treasurer's Office<br>180 N Irby St MSC-Z<br>Florence, SC 29501-3041<br>4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI), 100 | Secured<br>03/28/17 | Per Order DE#84 | $534.87<br>$0.00 | $0.00 | $0.00 |
| 3 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>04/05/17 | | $6,132.67<br>$6,132.67 | $0.00 | $6,132.67 |
| 4 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>04/10/17 | | $4,148.18<br>$4,148.18 | $0.00 | $4,148.18 |
| 5 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>04/10/17 | | $2,437.41<br>$2,437.41 | $0.00 | $2,437.41 |

# Exhibit C
# Claims Register

**Case: 17-12107-RBR    Timothy Dale Conner**

Claims Bar Date: 06/23/17

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6-1 | Internal Revenue Service<br>2970 Market St, Stop 4-N31.142<br>Philadelphia, PA 19104<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>04/13/17 | Per Amended Claim 6-2 | $2,809.99<br>$2,809.99 | $0.00 | $2,809.99 |
| 6-1 | Internal Revenue Service<br>2970 Market St, Stop 4-N31.142<br>Philadelphia, PA 19104<br>5800-00   Claims of Governmental Units, 570 | Priority<br>04/13/17 | Per Amended Claim 6-2 | $40,529.92<br>$0.00 | $0.00 | $0.00 |
| 6-2 | Internal Revenue Service<br>2970 Market St, Stop 4-N31.142<br>Philadelphia, PA 19104<br>5800-00   Claims of Governmental Units, 570 | Priority<br>04/13/17 | Per Amended Claim 6-2 | $8,740.26<br>$8,740.26 | $0.00 | $8,740.26 |
| 7 | South State Bank<br>Attn: Donna Lawrence<br>P O Box 1900<br>Cornelia, GA 30531<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>04/20/17 |  | $55,167.98<br>$55,167.98 | $0.00 | $55,167.98 |
| 8 | Ameris Bank<br>c/o Capital Recovery Advisors<br>2400 Augusta Dr, Ste 212<br>Houston, TX 77057<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>06/20/17 |  | $602,913.72<br>$602,913.72 | $0.00 | $602,913.72 |
| 9 | CresCom Bank<br>POB 81137<br>Charleston, SC 29416-1137<br>4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI), 100 | Secured<br>06/23/17 | Claim Withdrawn DE#95 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 10 | Bank of North Carolina<br>c/o Ted W Weeks IV, Esq<br>2117 Harden Blvd<br>Lakeland, FL 33803<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>06/23/17 | Per Order DE#83 | $2,763,894.60<br>$2,763,894.60 | $0.00 | $2,763,894.60 |
|  |  |  | **Case Total:** | **$3,467,013.75** | **$0.00** | **$3,467,013.75** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.:      17-12107-RBR
Case Name:     Timothy Dale Conner
Trustee Name:  Chad S. Paiva

**Balance on hand:**                                    $    89,083.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Florence County Treasurer's Office | 1,626.84 | 0.00 | 0.00 | 0.00 |
| 2 | Florence County Treasurer's Office | 534.87 | 0.00 | 0.00 | 0.00 |
| 9 | CresCom Bank | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $    89,083.99

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Chad S. Paiva | 8,905.78 | 0.00 | 8,905.78 |
| Trustee, Expenses - Chad S. Paiva | 51.78 | 0.00 | 51.78 |
| Attorney for Trustee, Fees - Greenspoon Marder LLP | 7,140.60 | 0.00 | 7,140.60 |
| Attorney for Trustee, Expenses - Greenspoon Marder LLP | 272.96 | 0.00 | 272.96 |
| Accountant for Trustee, Fees - Yip Associates | 4,202.50 | 0.00 | 4,202.50 |
| Accountant for Trustee, Expenses - Yip Associates | 195.32 | 0.00 | 195.32 |

Total to be paid for chapter 7 administration expenses:    $    20,768.94
Remaining balance:                                         $    68,315.05

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| NONE | | | |

Total to be paid for prior chapter administration expenses:    $         0.00
Remaining balance:                                             $    68,315.05

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,740.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6-1 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 6-2 | Internal Revenue Service | 8,740.26 | 0.00 | 8,740.26 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 8,740.26 |
| Remaining balance: | $ 59,574.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,437,504.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Ally Financial | 6,132.67 | 0.00 | 106.28 |
| 4 | Capital One Bank (USA), N.A. | 4,148.18 | 0.00 | 71.89 |
| 5 | Capital One Bank (USA), N.A. | 2,437.41 | 0.00 | 42.24 |
| 6-1 | Internal Revenue Service | 2,809.99 | 0.00 | 48.70 |
| 7 | South State Bank | 55,167.98 | 0.00 | 956.11 |
| 8 | Ameris Bank | 602,913.72 | 0.00 | 10,448.99 |
| 10 | Bank of North Carolina | 2,763,894.60 | 0.00 | 47,900.58 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 59,574.79 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-TFR (05/1/2011)**

| NONE |
|------|

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**