# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVSION

| | | | |
|---|---|---|---|
| In re: | Timothy Dale Conner | § | Case No. 0:17-bk-12107 |
| | Zade Turner Conner | § | |
| | Timothy D Conner | § | |
| Debtor(s) | Zade T Conner | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Chad S. Paiva, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, U S Bankruptcy Court
299 East Broward Blvd
Room 112
Fort Lauderdale, FL  33330

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within **21** days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __11/26/2018__          By: __/s/ Chad S. Paiva_____
                                                                          Trustee

Chad S. Paiva
525 Okeechobee Blvd.
Suite 900
West Palm Beach, FL  33401
(561) 227-2370
chad.paiva@gmlaw.com

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVSION

| | | |
|---|---|---|
| In re: | Timothy Dale Conner § | Case No. 0:17-bk-12107 |
| | Zade Turner Conner § | |
| | Timothy D Conner § | |
| Debtor(s) | Zade T Conner § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 113,115.54 |
| *and approved disbursements of* | $ | 24,031.55 |
| *leaving a balance on hand of* [1] | $ | 89,083.99 |
| **Balance on hand:** | $ | 89,083.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | Florence County Treasurer's Office | 1,626.84 | 0.00 | 0.00 | 0.00 |
| 2 | Florence County Treasurer's Office | 534.87 | 0.00 | 0.00 | 0.00 |
| 9 | CresCom Bank | 0.00 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 89,083.99 |

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Chad S. Paiva | 8,905.78 | 0.00 | 8,905.78 |
| Trustee, Expenses - Chad S. Paiva | 51.78 | 0.00 | 51.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee, Fees - Greenspoon Marder LLP | 7,140.60 | 0.00 | 7,140.60 |
| Attorney for Trustee, Expenses - Greenspoon Marder LLP | 272.96 | 0.00 | 272.96 |
| Accountant for Trustee, Fees - Yip Associates | 4,202.50 | 0.00 | 4,202.50 |
| Accountant for Trustee, Expenses - Yip Associates | 195.32 | 0.00 | 195.32 |

Total to be paid for chapter 7 administration expenses: $ 20,768.94
Remaining balance: $ 68,315.05

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 68,315.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,740.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6-1 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 6-2 | Internal Revenue Service | 8,740.26 | 0.00 | 8,740.26 |

Total to be paid for priority claims: $ 8,740.26
Remaining balance: $ 59,574.79

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,437,504.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Ally Financial | 6,132.67 | 0.00 | 106.28 |
| 4 | Capital One Bank (USA), N.A. | 4,148.18 | 0.00 | 71.89 |
| 5 | Capital One Bank (USA), N.A. | 2,437.41 | 0.00 | 42.24 |
| 6-1 | Internal Revenue Service | 2,809.99 | 0.00 | 48.70 |
| 7 | South State Bank | 55,167.98 | 0.00 | 956.11 |
| 8 | Ameris Bank | 602,913.72 | 0.00 | 10,448.99 |
| 10 | Bank of North Carolina | 2,763,894.60 | 0.00 | 47,900.58 |

Total to be paid for timely general unsecured claims: $ 59,574.79
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Chad S. Paiva
                              Trustee

Chad S. Paiva
525 Okeechobee Blvd.
Suite 900
West Palm Beach, FL  33401
(561) 227-2370
chad.paiva@gmlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**