**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVSION**

In re:

Conner, Timothy Dale
Conner, Zade Turner

Case No. 17-12107-RBR
(Chapter 7)

Debtor(s)                                                          /

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on January 3, 2019. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

**CHAD S. PAIVA TRUSTEE**
525 Okeechobee Blvd.
Suite 900
West Palm Beach, FL 33401
Telephone: (561) 227-2370
Email: chad.paiva@gmlaw.com

Printed: 12/28/18  08:46 AM                                                                                               Page: 1

## Claims Proposed Distribution
### Case: 17-12107    Timothy Dale Conner

Case Balance: $89,083.99    Total Proposed Payment: $89,083.99    Remaining Balance: $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | Florence County Treasurer's Office | Secured | 1,626.84 | 0.00 | 0.00 | 0.00 | 0.00 | 89,083.99 |
| 2 | Florence County Treasurer's Office | Secured | 534.87 | 0.00 | 0.00 | 0.00 | 0.00 | 89,083.99 |
| 9 | CresCom Bank | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 89,083.99 |
|  | Chad S. Paiva | Admin Ch. 7 | 8,905.78 | 8,905.78 | 0.00 | 8,905.78 | 8,905.78 | 80,178.21 |
|  | Chad S. Paiva | Admin Ch. 7 | 51.78 | 51.78 | 0.00 | 51.78 | 51.78 | 80,126.43 |
|  | Greenspoon Marder LLP | Admin Ch. 7 | 7,140.60 | 7,140.60 | 0.00 | 7,140.60 | 7,140.60 | 72,985.83 |
|  | Greenspoon Marder LLP | Admin Ch. 7 | 272.96 | 272.96 | 0.00 | 272.96 | 272.96 | 72,712.87 |
|  | Yip Associates | Admin Ch. 7 | 4,202.50 | 4,202.50 | 0.00 | 4,202.50 | 4,202.50 | 68,510.37 |
|  | Yip Associates | Admin Ch. 7 | 195.32 | 195.32 | 0.00 | 195.32 | 195.32 | 68,315.05 |
| 6-1 | Internal Revenue Service | Priority | 40,529.92 | 0.00 | 0.00 | 0.00 | 0.00 | 68,315.05 |
| 6-2 | Internal Revenue Service | Priority | 8,740.26 | 8,740.26 | 0.00 | 8,740.26 | 8,740.26 | 59,574.79 |
| 3 | Ally Financial | Unsecured | 6,132.67 | 6,132.67 | 0.00 | 6,132.67 | 106.28 | 59,468.51 |
| 4 | Capital One Bank (USA), N.A. | Unsecured | 4,148.18 | 4,148.18 | 0.00 | 4,148.18 | 71.89 | 59,396.62 |
| 5 | Capital One Bank (USA), N.A. | Unsecured | 2,437.41 | 2,437.41 | 0.00 | 2,437.41 | 42.24 | 59,354.38 |
| 6-1 | Internal Revenue Service | Unsecured | 2,809.99 | 2,809.99 | 0.00 | 2,809.99 | 48.70 | 59,305.68 |
| 7 | South State Bank | Unsecured | 55,167.98 | 55,167.98 | 0.00 | 55,167.98 | 956.11 | 58,349.57 |
| 8 | Ameris Bank | Unsecured | 602,913.72 | 602,913.72 | 0.00 | 602,913.72 | 10,448.99 | 47,900.58 |
| 10 | Bank of North Carolina | Unsecured | 2,763,894.60 | 2,763,894.60 | 0.00 | 2,763,894.60 | 47,900.58 | 0.00 |
|  | **Total for Case 17-12107 :** |  | **$3,509,705.38** | **$3,467,013.75** | **$0.00** | **$3,467,013.75** | **$89,083.99** | **$0.00** |

### CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % Paid |
|---|---|---|---|---|---|
| Total Admin Ch. 7 Claims: | $20,768.94 | $20,768.94 | $0.00 | $20,768.94 | 100.00000% |
| Total Priority Claims: | $49,270.18 | $8,740.26 | $0.00 | $8,740.26 | 100.00000% |
| Total Secured Claims: | $2,161.71 | $0.00 | $0.00 | $0.00 | 0.00000% |
| Total Unsecured Claims: | $3,437,504.55 | $3,437,504.55 | $0.00 | $59,574.79 | 1.73308% |